# Exhibit "A"

Plaintiff's Complaint

Electronically Filed
4/29/2020 3:46 PM
Steven D. Grierson
CLERK OF THE COURT

STEVEN M. BURRIS, ESQ.
Nevada Bar No. 000603
sb@steveburrislaw.com
ANDREW J. THOMAS, ESQ.
Nevada Bar No. 000017
at@steveburrislaw.com
LAW OFFICES OF STEVEN M. BURRIS
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile

CASE NO: A-20-814375-C
Department 14

*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JOSEPH CRISTELLI, an individual, | CASE NO.: |
| Plaintiff, | DEPT. NO.: |
| vs. | |
| WALMART, INC.; and DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive; | |
| Defendants. | |

## COMPLAINT

Plaintiff JOSEPH CRISTELLI, an individual, by and through his attorneys, STEVEN M. BURRIS, Esq. and ANDREW J. THOMAS, Esq., of the LAW OFFICES OF STEVEN M. BURRIS, and for his causes of action against Defendants, and each of them, complains and alleges as follows:

1. At all times relevant herein, Plaintiff JOSEPH CRISTELLI is and was a resident of the State of Illinois.

1

2. At all times relevant herein, Defendant WALMART, INC. is and was a corporation organized and existing under the laws of the State of Delaware.

3. At all times relevant herein, Defendant WALMART, INC. is and was doing business in Clark County, Nevada.

4. At all times relevant herein, Defendant WALMART, INC. is and was doing business as Walmart store #5070, located at or near 5200 S. Fort Apache Road in Las Vegas, Clark County, Nevada.

5. That the true names or capacities, whether individual, corporate, associate, or otherwise, of the Defendants named herein as DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive, are unknown to Plaintiff, and who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and therefore alleges that each of the Defendants designated herein as DOE or ROE CORPORATIONS is legally responsible in some manner for the events and happenings herein referred to and caused damages proximately to Plaintiff as herein alleged, and Plaintiff will seek leave of the court to amend the Complaint to insert the true names and capacities of DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, when the same have been ascertained and to join such Defendants in this action.

6. The incident alleged herein occurred on April 12, 2019.

7. On or about April 12, 2019, Plaintiff JOSEPH CRISTELLI went to the aforesaid Walmart store #5070, located at or near 5200 S. Fort Apache Road in Las Vegas, Clark County, Nevada, as a customer and business invitee.

8. At said time and place, Plaintiff JOSEPH CRISTELLI was in the parking lot of the aforesaid Walmart store.

2

9. At said time and place, an employee of Defendant WALMART, INC. negligently caused shopping carts to strike and injure Plaintiff JOSEPH CRISTELLI.

10. The negligence by Defendant WALMART, INC. and its employee includes but is not limited to: horseplay or otherwise inappropriate behavior by employees; lack of supervision of employees.

11. The aforesaid negligent acts and / or omissions were committed by employees or agents of Defendant WALMART, INC., who were acting within the course and scope of such employment or agency relationships with Defendant WALMART, INC.

12. At all times alleged herein, Defendant WALMART, INC. is and was vicariously liable under the legal doctrine of respondeat superior for the negligent actions and inactions of its employees and agents while acting within the course and scope of their employment or agency, including, but not limited to, the DOE and ROE Defendants.

13. As a direct and proximate result of the aforesaid negligence by Defendant WALMART, INC., Plaintiff JOSEPH CRISTELLI has been caused to suffer serious bodily injury and great pain of mind and body, some or all of which may continue into the future and which may be permanent in nature, all to his general damage in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

14. As a further direct and proximate result of the aforesaid negligence by Defendant WALMART, INC., Plaintiff JOSEPH CRISTELLI has been caused to incur medical bills and to expend sums of money for medical care and expenses incidental thereto, in an amount of at least Sixteen Thousand Four Hundred Thirty Dollars ($16,430.00). This amount may not be complete or final. Plaintiff may request leave of the Court to amend his Complaint to up-date the amount of his medical bills and other special damages if additional medical bills or other special damages are

incurred and / or received.

15. The damages caused to Plaintiff as a result of Defendant's negligence are more than Fifteen Thousand Dollars ($15,000.00) and less than Seventy-Five Thousand Dollars ($75,000.00).

WHEREFORE, Plaintiff, expressly reserving his right to amend this Complaint at time of trial of action herein to include all items of damage not yet ascertained, demands judgment against Defendant as follows:

1. For general and compensatory damages against Defendant in accordance with proof at trial, in an amount in excess of Fifteen Thousand Dollars ($15,000.00);

2. For special damages against Defendant in accordance with proof at trial, in the amount of at least Sixteen Thousand Four Hundred Thirty Dollars ($16,430.00) ;

3. For an award of reasonable attorney's fees;

4. For the costs of suit incurred herein;

5. For prejudgment and post-judgment interest at the maximum amount allowed by law; and,

6. For such other and further relief as the Court deems just and proper.

DATED this 29th day of April 2020.

LAW OFFICES OF STEVEN M. BURRIS

By: /s/: *Andrew J. Thomas, Esq.*
Steven M. Burris, Esq.
Nevada State Bar No. 000603
**ANDREW J. THOMAS, ESQ.**
Nevada Bar No. 000017
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

4